SCANNED at LSP and Emailed

10-28-22 by UB . 1 pages

date   initials   No.

RECEIVED

OCT 28 2022

Legal Programs Department

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DOCKET NUMBER:
OCTOBER 26, 2022

~~State of~~

WESLEY RICKS, 499599

VERSUS

LOUISIANA STATE PENITENTIARY
STATE OF LOUISIANA
DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS (LOUISIANA)

Complaint

ON OCTOBER 26, 2022 IN THE STATE OF LOUISIANA, LOUISIANA STATE PENITENTIARY, ANGOLA, LOUISIANA, 70712 THE INMATE, WESLEY RICKS 499599 WAS GIVEN RACIAL DISCRIMINATION TREATMENT WHEN THE LOUISIANA STATE PENITENTIARY'S CORRECTIONAL OFFICERS ALLOWED ALL AND SINGULAR WHITE MALE(S) INMATE(S) TO HAVE TIME OUT THEIR CELL AND TO SHOWER BUT DENIED WESLEY RICKS' 499599 REQUEST FOR TIME OUT OF HIS CELL AND TO SHOWER. WESLEY RICKS 499599 VERILY BELIEVES THAT THERE WAS RACIAL DISCRIMINATION AGAINST HIM BECAUSE HE IS AFRICAN AMERICAN MALE. WESLEY RICKS 499599 VERILY BELIEVES THAT THE VIDEO SURVEILLANCE CAMERA CAN PROVE THIS CLAIM AS WELL AS LOUISIANA STATE PENITENTIARY'S CORRECTIONAL OFFICERS FALSIFYING RECORD ABOUT EVENTS REGARDING WESLEY RICKS 499599, ON OCTOBER 26, 2022.

WESLEY RICKS, 499599
17544 TUNICA TRACE
ANGOLA, LA 70712